DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK D. HUNT,**
Appellant,

v.

**COSTCO WHOLESALE CORPORATION, et al.,**
Appellees.

No. 4D2024-2509

[March 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 062020CA008297AXXXCE.

Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, and Steven C. Jones, Andrew D. Odza, and Alan D. Siegel of Demand The Limits, PLLC, Boca Raton, for appellant.

David F. Cooney and Kelly Lenahan of Cooney Trybus Law, Fort Lauderdale, for appellee Costco Wholesale Corporation.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***